429 A.2d 89

Commonwealth v. Caldwell, Appellant.

Submitted November 16, 1979. Louis R. Dadowski, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and MONTGOMERY and LIPEZ, JJ.

Affirmed.

429 A.2d 90

Commonwealth v. Eaddy, Appellant.

Submitted December 6, 1979. Anita M. Cohen, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.